UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

MAGGIE ELLINGER-LOCKE, et al., )
)
    *Plaintiffs,* )
)
v. )
) Civil Action No.
) 2:16-cv-716
STEVEN T. MARSHALL, in his )
official capacity as Attorney General of )
Alabama, et al., )
)
    *Defendants.* )

### STIPULATION OF DISMISSAL

Having resolved the legal disputes involved in this action pursuant to the Memorandum of Understanding and Agreement of the Parties entered into contemporaneously with this stipulation Plaintiffs and Defendants hereby stipulate to the dismissal of this action with prejudice, each party to bear its own costs.

Steven T. Marshall
   *Attorney General*

_____
James W. Davis
   *Deputy Attorney General*
William G. Parker, Jr.
   *Assistant Attorney General*

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130

***Counsel for the Defendants***

_____
Paul M. Sherman
Samuel B. Gedge
INSTITUTE FOR JUSTICE
901 North Glebe Road, Suite 900
Arlington, VA 22203

David I. Schoen (ASB-0860-O42D)
DAVID I SCHOEN, ATTORNEY AT LAW
2800 Zelda Road, Suite 100-6
Montgomery, AL 36106
Telephone: (334) 395-6611

***Counsel for the Plaintiffs***

## Certificate of Service

I certify that on April 14, 2017, I filed this document electronically using the Court's CM/ECF system, which will effect service on all counsel of record.

_____
*Counsel for the Plaintiffs*